

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

February 2, 2023

**VIA E-Mail**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Ricardo Corniel,* **23 Mag. 788**

Dear Judge Davison:

    In light of the arrest of the defendant in the above-titled matter, the Government respectfully requests that the Complaint and related arrest warrant be unsealed.

So Ordered 2/3/23

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    /s/ Qais Ghafary
        Qais Ghafary
        Assistant United States Attorney
        Tel: (914) 993-1930

Cc:  Rachel Martin, Esq. (via E-Mail)